UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| CHARLES A. CRAIG and | ) | |
| BARBARA J.CRAIG, | ) | |
|       Plaintiffs, | ) | |
| | ) | |
|     vs. | ) | 1:05-cv-0861-LJM-VSS |
| | ) | |
| ONTARIO CORPORATION, | ) | |
|       Defendant. | ) | |

## ENTRY & ORDER OF JUDGMENT

On September 20, 2006, this Court granted summary judgment in favor of plaintiffs, Charles A. Craig and Barbara J. Craig, and against defendant, Ontario Corporation, on all of plaintiffs' claims.  The Court hereby orders defendant, Ontario Corporation, to pay damages to plaintiffs, Charles A. Craig and Barbara J. Craig, in the following amounts:  $436,281.54, on Charles A. Craig's May 11, 2001, Note, and $24,761.70, of interest accrued thereon from December 15, 2005, to September 20, 2006; $296,752.70, on Charles A. Craig's September 21, 2001, Note, and $16,842.59, of interest accrued thereon from December 15, 2005, to September 20, 2006; $494,074.03, on Barbara J. Craig's September 21, 2001, Note, and $28,041.72, of interest accrued thereon from December 15, 2005, to September 20, 2006; attorneys' fees and expenses incurred by plaintiffs, Charles A. Craig and Barbara J. Craig, to enforce said Notes of $34,776.50; $2,000.00 in additional attorneys' fees to effectuate collection proceedings.

Judgment is entered in the total amount of $1,333,530.78, plus post-judgment interest at the rate of 4.87%, until the judgment is paid in full, in favor of plaintiffs, Charles A. Craig and Barbara J. Craig, and against defendant, Ontario Corporation.

IT IS SO ORDERED this         day of October, 2006.


LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court


Electronically distributed to:

Stacy Walton Long
KRIEG DEVAULT
slong@kdlegal.com

Jan Patrice Abbs
ONTARIO CORPORATION
jabbs@ontario.com

Mark J. R. Merkle
KRIEG DEVAULT
mmerkle@kdlegal.com

Richard Charles Richmond III
SOMMER BARNARD ATTORNEYS, PC
richmond@sommerbarnard.com

2